# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>TIMMIE BRUCE TAYLOR,<br><br>　　Defendant and Judgment Debtor.<br>_____<br><br>AMERICAN EXPRESS BANK,<br>(and its Successors and Assignees)<br><br>　　Garnishee.<br>_____/ | Case No. 1:19-mc-00076-SKO<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (BANK, STOCKS OR BROKERAGE ACCOUNTS)**<br><br>(Doc. 3)<br><br>Criminal Case No. 1:03-cr-05161-DAD |

**ORDER**

On September 30, 2019, the United States filed a "Request for an Order Terminating Writ of Continuing Garnishment (Bank, Stocks or Brokerage Accounts)," requesting that the Court terminate, without prejudice, the writ of continuing garnishment, (Doc. 3), issued on September 5, 2019. (Doc. 7.)

Having reviewed the file and the United States' request, for good cause shown, the Court GRANTS the request. Accordingly, it is ORDERED:

1.　Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Continuing Garnishment (Bank, Stocks or Brokerage Accounts) previously issued against Judgment Debtor Timmie Bruce Taylor on September 5, 2019, (Doc. 3), is hereby TERMINATED without prejudice;

2. Any hearings on the matter shall be removed from calendar, and Judgment Debtor's request for a hearing filed on September 25, 2019, (Doc. 6), is DENIED as moot; and

3. This case is hereby CLOSED.

IT IS SO ORDERED.

Dated: **October 4, 2019**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE